FILED

SEP 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TYSON, | Case No.: 1:14-cv-01169-BAM (PC) |
| Plaintiff, | |
| v. | ORDER THAT INMATE JEFFREY TYSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| MICHAEL PIETROFORTE, et al., | |
| Defendants. | |

Plaintiff Jeffrey Tyson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 18, 2017. Inmate Jeffrey Tyson, CDCR #K-95887, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 9/18/17

_____
UNITED STATES MAGISTRATE JUDGE