# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TYSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIETROFORTE, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01169-BAM (PC)<br><br>ORDER OF DISMISSAL<br><br>ORDER TO CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 32, 33) |

　　　Plaintiff Jeffrey Tyson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 25, 2017, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with respect to Defendants Johnson, Guintibano, and Contreras, (ECF No. 32), and a second stipulation with respect to Defendants Valdez and Mijangos, (ECF No. 33). The stipulations are signed by Plaintiff and defense counsel for Defendants, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each side shall bear their own litigation costs and attorney's fees.

　　　Accordingly, this action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.
IT IS SO ORDERED.

　　　Dated: __**September 26, 2017**__　　　　　　　___/s/ Barbara A. McAuliffe___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1